No. 544. BALTIMORE AND OHIO RAILROAD COMPANY ET AL., PETITIONERS, *v.* WABASH RAILROAD COMPANY. January 12, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. W. H. H. Miller, Mr. Hugh L. Bond, Jr.,* and *Mr. J. H. Collins* for the petitioners. *Mr. Addison C. Harris* and *Mr. Wells H. Blodgett* for the respondent.

---

## Cases Disposed of Without Consideration by the Court.

### From October 13, 1902, to January 18, 1903.

Nos. 253 and 254. SUN LIFE INSURANCE COMPANY OF AMERICA, PLAINTIFF IN ERROR, *v.* ALBERT McCABE. In error to the County Court of Dallas County, Texas. October 14, 1902. Dismissed with costs, on motion of *Mr. Maurice E. Locke* for the plaintiff in error. *Mr. Maurice E. Locke* for the plaintiff in error. No appearance for the defendant in error.

---

No. 71. CITY OF AUSTIN, PLAINTIFF IN ERROR, *v.* E. C. BARTHOLOMEW ET AL., RECEIVERS. In error to the Circuit Court of the United States for the Western District of Texas. October 14, 1902. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. S. R. Fisher* for the plaintiff in error. No appearance for the defendants in error.

---

No. 112. PEOPLE OF THE STATE OF NEW YORK *ex rel.* CAYADUTTA PLANK ROAD COMPANY, PLAINTIFF IN ERROR, *v.* CURTIS S. CUMMINGS, MAYOR, ET AL. In error to the Supreme Court of the State of New York. October 14, 1902. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. Harwood Dudley* for the plaintiff in error. No appearance for the defendants in error.